LAWRENCE SHERMAN ET AL. *v.* JOHN KEMISH ET AL.

ALCORN, C. J., HOUSE, COTTER, RYAN and SHAPIRO, Js.

Argued May 5—decided May 11, 1971

*Robert M. Davidson,* for the appellant (defendant Gilmore).

*L. Douglas Shrader,* for the appellant (defendant Marcus).

*Emanuel Margolis, Herbert L. Cohen,* and *Lawrence P. Weisman,* for the appellees (plaintiffs).

PER CURIAM. In this matter an intervening defendant has applied for a suspension of the appellate rules and for an expedition of the appeal. After a full hearing it appears that all of the other parties are in agreement that unless the procedural safeguards on appeal are followed, justice to all of the parties cannot be assured. It further appears that

due to applicable statutory and charter requirements, a suspension of the normal appellate procedure would not result in accomplishment of the objective sought by the applicant.

The application is denied.